# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-50063
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 10, 2014

Lyle W. Cayce
Clerk

LEOLA ADELENA STUART,

Movant-Appellant

v.

ESTELLA JUDSON; GREG JUDSON; ROSLYNN GUTIERREZ-CRUZ,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:14-CV-50

Before   PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Leola Adelena Stuart moves for leave to proceed in forma pauperis (IFP) on appeal from the district court's denial of her motion for a restraining order, which was construed as a motion for a temporary restraining order. Additionally, she seeks the appointment of counsel.

We lack jurisdiction over the denial of Stuart's request for a temporary restraining order. *See Faulder v. Johnson,* 178 F.3d 741, 742 (5th Cir. 1999).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-50063

Accordingly, we DENY her motion and DISMISS her appeal for lack of jurisdiction. *See id.* Her motion for the appointment of counsel is likewise DENIED. *See Ulmer v. Chancellor*, 691 F.2d 209, 212-13 (5th Cir. 1982).